IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| SAUDIA SCOTT | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. GLR-18-1189 |
| | * | |
| OLD NAVY, LLC et al | | |
| Defendant | * | |

\* \* \*

# **TRIAL SCHEDULING ORDER**

The following schedule is hereby entered to govern the course of further proceedings in this case:

1. Substantive motions shall be filed on or before **March 3, 2023**, any response shall be filed on or before **March 17, 2023**; and any reply shall be filed on or before **March 31, 2023.**

2. The motions hearing is scheduled for **Friday, April 21, 2023 at 9:30 a.m.** in Courtroom 7A.

3. Motions *in limine* shall be filed on or before **March 10, 2023**; any response shall be filed on or before **March 24, 2023**; and any reply shall be filed on or before **April 7, 2023.**

4. The Pretrial Order shall be filed on or before **April 28, 2023**. (Local Rule 106)**.**

5. The pretrial conference is scheduled for **Friday, May 19, 2023 at 9:30 a.m.** in Courtroom 7A.

6. At the pre-trial conference, pursuant to Local Rules 210 and 106.7, counsel shall attach tags to all exhibits and meet for the purpose of pre-trial review of exhibits, except those to be used solely for impeachment.

7. <u>Voir dire</u>

   a. The parties shall submit <u>joint voir dire</u>, with noted objections on or before **May 5, 2023**.

   b. The parties are to send a courtesy copy of the <u>voir dire</u> to my Chambers in addition to forwarding it in WORD format to: mdd_GLRChambers@mdd.uscourts.gov.

8. Jury Instructions

   a. The Court uses a number of boilerplate instructions that address procedural issues (e.g., the role of the jury, what is evidence).

   b. Requested instructions shall be patterned on L. Sand, et al., <u>Modern Federal Jury Instructions</u>, and **the full text of the requested instruction must be submitted with the appropriate citation to Sand.** Requests that simply reference the Sand instruction number are insufficient, unless the request seeks a non-substantive instruction. Any instructions patterned on precedent shall include a citation to the relevant case(s).

   c. The Plaintiff shall submit its proposed instructions on or before **May 5, 2023.**

   d. On or before **May 10, 2023** the Defendant shall:

           i. Submit a list of objections to the Plaintiff's instructions. The list need only identify the objected-to instruction by number;

           ii. Submit any additional proposed instructions.

      e. The parties are to send a courtesy copy of the jury instructions to my Chambers in addition to forwarding them in WORD format to: mdd_GLRChambers@mdd.uscourts.gov.

9. The eight-day jury trial will commence on **Monday, June 12, 2023** in Courtroom 7A and continue to **Monday, June 26, 2023**. The trial day will start at 9:30 a.m. and end between 4:30 and 5:00 p.m. Counsel are reminded to review the provisions of Local Rules 211 and 107.9 concerning courtroom etiquette. (**There will be no trial session on Fridays**.)

The parties have ten days from today to request a modification of the schedule, after which no changes to the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or <u>ex parte</u>, must be by motion and filed electronically.

SO ORDERED this 25th day of August 2022.

                                      _____/s/_____
                                      George L. Russell, III
                                      United States District Judge