**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| SAUDIA SCOTT, | Case No.: 1:18-cv-01189-GLR |
| Plaintiff, | Hon. George L. Russell, III presiding |
| vs. | |
| OLD NAVY, LLC, et al. | |
| Defendants. | |

**PLAINTIFF AND PLAINTIFF'S COUNSEL JOINT MOTION TO SEAL DOCUMENTS**

Plaintiff, Saudia Scott ("Plaintiff") and her attorney, Martina D. Evans, by and , through her attorney, Martina D. Evans, hereby file their Motion to Seal Documents, and in support thereof, submit the following:

1. Plaintiff seeks to file an opposition in response to Defendants' motion to strike.

2. As part of her opposition, Plaintiff's counsel argues that because of her injury, treatment, surgery and rehabilitation, she was unable to work and perform tasks relating to updated discovery and Defendants' argument.

3. Plaintiff's counsel seeks to submit several documents, including medical diagnosis, medical reports, post-surgical procedures, reports from her physical therapist and affidavits from family and friends and other documents.

4. These documents are highly sensitive, confidential, HIPPA protected and personal in nature.

5. Plaintiff is a private person and does not want this information revealed to the public.

6. Plaintiff is also an attorney in private practice with access and exposure to the public.

7. Plaintiff's counsel would be extremely embarrassed if this information was allowed to be made public.

8. In fact, no one would benefit by allowing this information and the accompanying documents and filing to be accessible to the public.

9. The documents also include personal information regarding the Plaintiff including salary information, invoices, bills, payments made, credit card information.

10. Defendants would not be prejudiced in any way by granting this motion.

WHEREFORE, Plaintiff and Plaintiff's counsel request that Plaintiff's opposition in response to Defendants' motion to strike and all attachments, and exhibits be sealed.

Dated: May 15, 2023

                                                      Respectively submitted,

/s/ Martina D. Evans
Martina D. Evans, Esquire
Federal Bar No.: 24544
M. D. Evans, Attorney at Law, P.C.
P.O. Box 11084
Baltimore, MD 21212-0084
410-551-5787
*Attorney for Plaintiff Saudia Scott*